STATE EX REL. WILLIAMS, APPELLANT, *v.* TURNER, WARDEN, APPELLEE.

[Cite as *State ex rel. Williams v. Turner,*
132 Ohio St.3d 127, 2012-Ohio-2575.]

(No. 2012–0085—Submitted June 6, 2012—Decided June 13, 2012.)

**Per Curiam.**

{¶ 1} We affirm the judgment of the court of appeals dismissing the petition of appellant, Corey J. Williams, for a writ of habeas corpus. "[H]abeas corpus is not available to remedy a claim concerning the validity of an amendment to an indictment." *Haynes v. Voorhies,* 110 Ohio St.3d 243, 2006-Ohio-4355, 852 N.E.2d 1198, ¶ 5. Williams's "claim of sentencing error is not cognizable in habeas corpus, and he had an adequate remedy in the ordinary course of law to raise the issue." *See Roberts v. Knab,* 131 Ohio St.3d 60, 2012-Ohio-56, 960 N.E.2d 457, ¶ 1.

Judgment affirmed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

Corey Williams, pro se.

Michael DeWine, Attorney General, and Maura O'Neill Jaite, Senior Assistant Attorney General, for appellee.